# UNITED STATES DISTRICT COURT
# NOTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) *Barron County, et al., v. Purdue Pharma L.P., et al.*; ) *Case No. 1:18-op-45277* ) | MDL 2804 Case No. 1:17-md-2804 **NOTICE OF VOLUNTARY DISMISSAL OF DAKOTA DRUG, INC.** |

COMES NOW the Plaintiffs Barron County, La Crosse County, Lafayette County, and Menominee County and hereby file this notice of voluntary dismissal, without prejudice, of DAKOTA DRUG, INC., from the *Short Form for Supplementing Complaint and Amending Defendants and Jury Demand* (Case: 1:18-op-45277) (Filed: March 15, 2019) pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Dated:  June 5, 2025.

Respectfully submitted,

*/s/ Jayne Conroy*
Jayne Conroy
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
jconroy@simmonsfirm.com
-and-
Sarah S. Burns
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
sburns@simmonsfirm.com

Erin Dickinson
CRUEGER DICKINSON LLC
4532 N. Oakland Avenue
Whitefish Bay, WI 53211
(414) 210-3868

ekd@cruegerdickinson.com

Nick Mauro
CRAWFORD & MAURO LAW FIRM
666 Grand Avenue, Suite 701
Des Moines, IA 50309
(515) 245-5420
mauro@crawfordlawfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of June, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*/s/ Jayne Conroy*
Jayne Conroy
SIMMONS HANLY CONROY